NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JEREMY D. POWERS, DOC# 548680,      )
                                    )
          Appellant,                )
                                    )
v.                                  )          Case No. 2D18-67
                                    )
STATE OF FLORIDA,                   )
                                    )
          Appellee.                 )
                                    )
_____ )

Opinion filed August 15, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico, Judge.

Jeremy D. Powers, pro se.


PER CURIAM.


          Affirmed.


KELLY, SLEET, and BLACK, JJ., Concur.